UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>E. BROWN, et al.,<br><br>    Defendants. | No. 2:23-cv-2749-TLN-SCR P<br><br>FINDINGS & RECOMMENDATIONS |

    By order filed October 4, 2024, the court found plaintiff's complaint did not state any claim for relief and granted sixty days leave to file an amended complaint. The time granted for that purpose has expired, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 21 days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file

1

objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 12, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE